Foote agt. Emmons.

It was objected by plaintiff's counsel that the defendant's affidavit did not state the *town* where the witnesses resided.

> H. WELLES, *defendant's counsel.*
> E. VAN BUREN, *defendant's attorney.*
> J. A. SPENCER, *plaintiff's counsel.*
> L. N. B. VANDERLIP, *plaintiff's attorney.*

---

### JEREMIAH FOOTE agt. RODERICK J. EMMONS.

Where one defendant moves in a cause where there are three defendants, his papers should be entitled with the defendant moving, *impleaded with the others.*

Where defendant's attorney moves for one defendant and entitles his papers with the defendant moving ads. the plaintiff, when there are three defendants in the suit; motion will be denied with costs, for wrongly entitling the papers.

*February Term,* 1846.

MOTION by defendant to set aside default, &c.

[*90] This suit was commenced *by capias against three defendants, to wit: Timothy Sabin, Roderick J. Emmons and Ira Carpenter, and served on them. Declaration filed 1st November, 1845, and judgment perfected December 1st, 1845, against all the defendants.

> J. W. PADDOCK, *defendant's counsel.*
> STEELE & HUGHSTONE, *defendant's attorney.*
> J. H. COLLIER, *plaintiff's counsel.*
> MOREHOUSE & LATHROP, *plaintiff's attorney.*

Plaintiff's counsel objected to the entitling of defendant's papers; that they should have been entitled, *Emmons im-*

*pleaded with the other defendants.* There was no such suit as the one in which defendant's papers were entitled.

BRONSON, Chief Justice. Denied the motion with costs, on the objection taken.